E-filing
7·26·05

1  JAN P. WEIR, State Bar No. 106652
   E-mail: jweir@sycr.com
2  PAUL L. GALE, State Bar No. 065873
   E-mail: pgale@sycr.com
3  STEVEN M. HANLE, State Bar No. 168876
   E-mail: shanle@sycr.com
4  STRADLING YOCCA CARLSON & RAUTH
   A Professional Corporation
5  660 Newport Center Drive, Suite 1600
   Newport Beach, CA 92660-6422
6  Telephone: (949) 725-4000
   Fax: (949) 725-4100
7
   Attorneys For Plaintiff
8  BIOGENEX LABORATORIES, INC.

9
   RON E. SHULMAN, State Bar No. 178263
10 E-mail: rshulman@wsgr.com
   ROGER J. CHIN, State Bar No. 184662
11 E-mail: rchin@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
12 Professional Corporation
   650 Page Mill Road
13 Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
14 Fax: (650) 565-5100

15 Attorneys for Defendant
   VENTANA MEDICAL SYSTEMS, INC.

16                UNITED STATES DISTRICT COURT
17                NORTHERN DISTRICT OF CALIFORNIA
18                       SAN JOSE DIVISION
19

| | |
|---|---|
| 20  BIOGENEX LABORATORIES, INC., a California corporation, | CASE NO. C05-0860-JF |
| 21          Plaintiff, | Honorable Jeremy Fogel |
| 22          vs. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| 23  VENTANA MEDICAL SYSTEMS, INC., a Delaware corporation, | |
| 24          Defendant. | ADR CERTIFICATION |

25
26
27
28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION & [PROPOSED] ORDER SELECTING ADR PROCESS          C05-0860 JF (PVT)

DOCSOCDOCSOC/1119764v1/12398-0003

## STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

The parties to the above-entitled action, through their respective counsel, hereby stipulate as follows:

1. to participate in the following ADR process:

   Private ADR procedure to be arranged by counsel for parties; and

2. that this Stipulation and [Proposed] Order Selecting ADR Process and the accompanying ADR Certification (a) may be executed in counterparts, and (b) signatures upon them may be exchanged by facsimile or PDF file, may be presented to and filed with the Court, and may be relied upon with the same force and effect as if they were originals.

JAN P. WEIR
PAUL L. GALE
STEVEN M. HANLE
STRADLING YOCCA CARLSON & RAUTH

By: /s/ Paul L. Gale
Paul L. Gale

Attorneys for Plaintiff
Biogenex Laboratories, Inc.

Dated: July 21, 2005

RON E. SHULMAN
ROGER J. CHIN
WILSON SONSINI GOODRICH & ROSATI

By: /s/ Roger J. Chin

Attorneys for Defendant
Ventana Medical Systems, Inc.

Dated: July 21, 2005

IT IS SO ORDERED:

Dated: 7/26/05

/s/ Jeremy Fogel
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION & [PROPOSED] ORDER SELECTING ADR PROCESS

C05-0860 JF (PVT)

DOCSOCOC/1119764v1/12398-0003

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: July 21, 2005

/s/
BIOGENEX LABORATORIES, INC.

Jan P. Weir
STRADLING YOCCA CARLSON & RAUTH

Dated: July 21, 2005

/s/
Attorneys for Plaintiff
BIOGENEX LABORATORIES, INC.

Dated: July 21, 2005

/s/
VENTANA MEDICAL SYSTEMS, INC.

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI

Dated: July 21, 2005

/s/
Attorneys for Defendant
VENTANA MEDICAL SYSTEMS, INC.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-

STIPULATION & [PROPOSED] ORDER SELECTING ADR PROCESS

C05-0860 JF (PVT)

DOCSODOCSOC/1119764v1/12398-0003