1  JAN P. WEIR, State Bar No. 106652
   PAUL L. GALE, State Bar No. 65873
2  STRADLING YOCCA CARLSON & RAUTH
   Professional Corporation
3  660 Newport Center Drive, Suite 1600
   Newport Beach, CA 92660-6422
4  Telephone: (949) 725-4000
   Facsimile: (949) 725-4100
5
   Attorneys for Plaintiff
6  BIOGENEX LABORATORIES, INC.

7  RON E. SHULMAN, State Bar No. 178263
   ROGER J. CHIN, State Bar No. 184662
8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  650 Page Mill Road
   Palo Alto, CA 94304-1050
10 Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
11
   Attorneys for Defendant
12 VENTANA MEDICAL SYSTEMS, INC.

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                          SAN JOSE DIVISION
16

17 | BIOGENEX LABORATORIES, INC.,        | CASE NO.: C03-03916-JF
18 |                                     |
   |         Plaintiff,                  |
19 |                                     | **JOINT STATUS REPORT,**
   |    v.                               | **STIPULATION AND**
20 |                                     | **[PROPOSED] ORDER**
   | VENTANA MEDICAL SYSTEMS, INC.,      |
21 |                                     |
   |         Defendant.                  |
22 |-------------------------------------|
23 | BIOGENEX LABORATORIES, INC.,        | CASE NO.: C05-0860-JF
24 |         Plaintiff,                  |
25 |    v.                               |
26 | VENTANA MEDICAL SYSTEMS, INC.,      |
27 |         Defendant.                  |
28

STATUS REPORT, STIP. AND [PROPOSED] ORDER
CASE NOS. C03-03916-JF, C05-0860-JF

Pursuant to the Court's request at the August 5, 2005 Case Management Conference, the parties set forth the current deadlines under the Patent Local Rules below. However, in order to accommodate scheduling conflicts during the holidays the parties propose that certain Patent Local Rules deadlines be modified, as follows:

| Current | Modified | Deadline |
|---|---|---|
| August 19, 2005 | Same | Disclosure of Asserted Claims and Preliminary Infringement Contentions (Patent Local Rule 3-1) |
| October 3, 2005 | Same | Preliminary Invalidity Contentions (Patent Local Rule 3-3) |
| October 17, 2005 | Same | Exchange of Proposed Terms and Claim Elements for Construction (Patent Local Rule 4-1) |
| November 7, 2005 | Same | Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent Local Rule 4-2) |
| December 2, 2005 | December 16, 2005 | Joint Claim Construction and Prehearing Statement (Patent Local Rule 4-3) |
| January 2, 2006 | January 27, 2006 | Completion of Claim Construction Discovery (Patent Local Rule 4-4) |
| January 16, 2006 | February 10, 2006 | Opening Claim Construction Brief (Patent Local Rule 4-5(a)) |
| January 30, 2006 | March 3, 2006 | Responsive Claim Construction Brief (Patent Local Rule 4-5(b)) |
| February 6, 2006 | March 17, 2006 | Reply Claim Construction Brief (Patent Local Rule 4-5(c)) |

The parties request that a technology tutorial be scheduled for March 31, 2006, or as soon thereafter as the Court's calendar may permit, and that a *Markman* hearing be scheduled approximately one week after the technology tutorial.

/ / /

| | | |
|---|---|---|
| 1 | Dated: August 12, 2005 | STRADLING YOCCA CARLSON & RAUTH<br>Professional Corporation |
| 2 | | |
| 3 | | By: _____/s/ Paul L. Gale_____ |
| 4 | | Paul L. Gale |
| 5 | | Attorneys for Plaintiff<br>BIOGENEX LABORATORIES, INC. |
| 6 | | |
| 7 | Dated: August 12, 2005 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 8 | | |
| 9 | | By: _____/s/ Roger J. Chin_____ |
| 10 | | Roger J. Chin |
| 11 | | Attorneys for Defendant<br>VENTANA MEDICAL SYSTEMS, INC. |
| 12 | | |

### ORDER

PURSUANT TO STIPULATION, the modified Patent Local Rules deadlines are hereby adopted. A technology tutorial is scheduled for __3/31__, 2006, at __9 AM__. A *Markman* hearing is scheduled for __4/7__, 2006, at __9 AM__.

Dated: __8/29/05__

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE