JAN P. WEIR, State Bar No. 106652
PAUL L. GALE, State Bar No. 65873
STRADLING YOCCA CARLSON & RAUTH
Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Plaintiff
BIOGENEX LABORATORIES, INC.

RON E. SHULMAN, State Bar No. 178263
ROGER J. CHIN, State Bar No. 184662
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
VENTANA MEDICAL SYSTEMS, INC.

**E-filed 11/17/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIOGENEX LABORATORIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | CASE NO.: C03-03916-JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SCHEDULE** |
| BIOGENEX LABORATORIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | CASE NO.: C05-0860-JF |

1   WHEREAS, defendant's motion for summary judgment of noninfringement, Docket
2   No. 27, is currently pending in Case No. C05-0860-JF, and the Court is scheduled to hear
3   argument on the motion on January 27, 2006;
4   WHEREAS, resolution of the pending motion for summary judgment has the potential to
5   narrow, obviate, or otherwise inform claim construction matters with respect to the asserted
6   '598 patent in this litigation;
7   IT IS HEREBY STIPULATED, subject to the approval of the Court:
8   1.   The Patent Local Rules scheduling requirements are hereby suspended, effective
9   immediately, until after the Court rules on defendant's pending motion for summary judgment of
10  noninfringement, presently noticed for hearing on January 27, 2006.
11  2.   A new scheduling order will be established following disposition of the foregoing
12  motion, with new dates for subsequent Patent Local Rules disclosures, the tutorial, and the claim
13  construction hearing.  The current tutorial and claim construction hearing dates of March 31,
14  2006 and April 7, 2006 are hereby vacated.
15  3.   A Case Management Conference is scheduled for March 3, 2006, at 10:30 a.m.
16  The parties shall submit a Joint Case Management Statement one week prior to the Case
17  Management Conference.  If, at that time, defendant's motion for summary judgment of
18  noninfringement is still pending, the parties are directed to contact the clerk to discuss whether
19  the Case Management Conference should be rescheduled.
20
21
22
23
24
25
26
27
28  / / /

STIP. AND [PROPOSED] ORDER                -1-
CASE NOS. C03-3916-JF, C05-0860-JF

4. Discovery in this matter relating to the '598 patent shall be stayed, pending resolution of the foregoing motion, except as may be directly relevant to the foregoing motion. If defendant's motion for summary judgment of noninfringement is denied, this stay of discovery shall be automatically lifted one week after the date of the Court's order on defendant's motion.

Dated: November 15, 2005

STRADLING YOCCA CARLSON & RAUTH
Professional Corporation

By: *(signature)*
Paul L. Gale

Attorneys for Plaintiff
BIOGENEX LABORATORIES, INC.

Dated: November 15, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: *(signature)*
Roger J. Chin

Attorneys for Defendant
VENTANA MEDICAL SYSTEMS, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/17/05

/s/electronic signature authorized
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE