1  JAN P. WEIR, State Bar No. 106652
   PAUL L. GALE, State Bar No. 65873
2  STRADLING YOCCA CARLSON & RAUTH
   Professional Corporation
3  660 Newport Center Drive, Suite 1600
   Newport Beach, CA  92660-6422
4  Telephone:  (949) 725-4000
   Facsimile:   (949) 725-4100
5
   Attorneys for Plaintiff
6  BIOGENEX LABORATORIES, INC.

7  RON E. SHULMAN, State Bar No. 178263
   ROGER J. CHIN, State Bar No. 184662
8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  650 Page Mill Road
   Palo Alto, CA 94304-1050
10 Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
11
   Attorneys for Defendant
12 VENTANA MEDICAL SYSTEMS, INC.

13
                        UNITED STATES DISTRICT COURT
14
                      NORTHERN DISTRICT OF CALIFORNIA
15
                              SAN JOSE DIVISION
16

17 | BIOGENEX LABORATORIES, INC.,     | CASE NO.:  C05-0860-JF
18 |
   |           Plaintiff,
19 |                                    **STIPULATION AND [PROPOSED]**
   |     v.                             **PROTECTIVE ORDER**
20 |
   | VENTANA MEDICAL SYSTEMS, INC.,
21 |
   |           Defendant.
22 |

23

24         WHEREAS, the parties to this patent case believe that the discovery process will require

25 the disclosure by the parties or third parties to another party of trade secrets or other confidential

26 research, development, or commercial information within the meaning of Fed. R. Civ. P. 26(c);

27         WHEREAS, a Stipulated Protective Order has been entered by this Court in the related

28 Case No. 03-3916-JF;

1  IT IS HEREBY STIPULATED, subject to the approval of the Court, that the Stipulated
2  Protective Order, entered as Docket No. 90 in Case No. 03-3916-JF, shall apply to information
3  disclosed in this litigation, under the same terms and conditions as stated therein.
4  Until entry of this Stipulation, or such other applicable Protective Order as the Court may
5  enter, the parties agree that any information designated "Confidential" or "Confidential
6  Attorneys' Eyes Only" shall be treated in accordance with Patent Local Rule 2-2.

7

8  Dated: November 11, 2005              STRADLING YOCCA CARLSON & RAUTH
                                         Professional Corporation
9

10                                       By: /s/ Paul L. Gale
11                                            Paul L. Gale

12                                       Attorneys for Plaintiff
                                         BIOGENEX LABORATORIES, INC.
13

14  Dated: November 11, 2005              WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
15

16                                        By: /s/ Roger J. Chin
17                                             Roger J. Chin

18                                        Attorneys for Defendant
                                          VENTANA MEDICAL SYSTEMS, INC.
19

20                                    **ORDER**

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23

24  Dated: 12/16/05                       /s/ Patricia V. Trumbull
                                          HON. ~~JEREMY FOGEL~~ *PATRICIA V. TRUMBULL*
25                                        UNITED STATES ~~DISTRICT~~ JUDGE
                                                      *MAGISTRATE*
26

27

28