JAN P. WEIR, State Bar No. 106652
E-mail: jweir@sycr.com
PAUL L. GALE, State Bar No. 065873
E-mail: pgale@sycr.com
STEVEN M. HANLE, State Bar No. 168876
E-mail: shanle@sycr.com
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Telephone: (949) 725-4000
Fax: (949) 725-4100

Attorneys For Plaintiff
BIOGENEX LABORATORIES, INC.

\*\*E-filed 1/13/05\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIOGENEX LABORATORIES, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>VENTANA MEDICAL SYSTEMS, INC., an Arizona corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C05-0860-JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL IN CONFORMANCE WITH CIVIL L.R. 79-5(c)**<br><br>Date:      January 27, 2006<br>Time:     9:00 a.m.<br>Before:   Hon. Jeremy Fogel |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION AND [PROPOSED] ORDER
DOCSOC/1147660v1/012398-0003

Case No. C05-0860 JF

1   It is hereby stipulated, by and between the parties hereto, through their respective
2   counsel, that BioGenex Laboratories, Inc. may file under seal Exhibits E and F to the Declaration
3   of Paul L. Gale, and the references thereto in BioGenex's Opposition brief.

Dated: January 6, 2006

JAN P. WEIR
PAUL L. GALE
STEVE M. HANLE
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation

By: /s/Paul L. Gale
    Paul L. Gale
    Attorneys for Plaintiff
    BioGenex Laboratories, Inc.

Dated: January 6, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/Roger J. Chin
    Roger J. Chin
    Attorneys for Defendant
    Ventana Medical Systems, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/13/06

Honorable Jeremy Fogel
United States District Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

- 1 -

STIPULATION AND [PROPOSED] ORDER
DOCSOC/1147660v1/012398-0003

Case No. C05-0860 JF

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, a copy of the foregoing:

**STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL IN CONFORMANCE WITH CIVIL L.R. 79-5(c)**

was filed electronically. Parties may access this filing through the Court's system.

Roger J. Chin, Esq.
Sarah R. Zimmerman, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304-1050
E-mail:  rchin@wsgr.com;
szimmerman@wsgr.com

Attorneys for Defendants VENTANA MEDICAL SYSTEMS, INC.

/s/Brandy Nelson
Brandy Nelson
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
Telephone: (949) 725-4000