**\*\*E-filed 5/10/06\*\***

JAN P. WEIR, State Bar No. 106652
PAUL L. GALE, State Bar No. 65873
STRADLING YOCCA CARLSON & RAUTH
Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Telephone:  (949) 725-4000
Facsimile:   (949) 725-4100

Attorneys for Plaintiff
BIOGENEX LABORATORIES, INC.

RON E. SHULMAN, State Bar No. 178263
ROGER J. CHIN, State Bar No. 184662
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendant
VENTANA MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIOGENEX LABORATORIES, INC., <br><br>              Plaintiff, <br><br>       v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br>              Defendant. | CASE NO.:  C03-3916-JF <br><br> **STIPULATION AND [P~~ROPOSED~~] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| BIOGENEX LABORATORIES, INC., <br><br>              Plaintiff, <br><br>       v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br>              Defendant. | CASE NO.:  C05-0860-JF |

STIP. AND [PROPOSED] ORDER
CASE NOS. C03-3916-JF, C05-0860-JF

| | |
|---|---|
| 1 | WHEREAS, a Case Management Conference is scheduled for May 5, 2006; |
| 2 | WHEREAS, resolution of the pending motion for summary judgment has the potential to |
| 3 | narrow, obviate, or otherwise inform claim construction matters with respect to the asserted |
| 4 | '598 patent in this litigation; |
| 5 | IT IS HEREBY STIPULATED, subject to the approval of the Court, that the Case |
| 6 | Management Conference is rescheduled for June 2, 2006, at 10:30 a.m. |

Dated: May 1, 2006

STRADLING YOCCA CARLSON & RAUTH
Professional Corporation

By: _____
Paul L. Gale

Attorneys for Plaintiff
BIOGENEX LABORATORIES, INC.

Dated: May 1, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Roger J. Chin

Attorneys for Defendant
VENTANA MEDICAL SYSTEMS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/3/06

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE