**E-filed 8/17/06

1  JAN P. WEIR, State Bar No. 106652
   PAUL L. GALE, State Bar No. 065873
2  STRADLING YOCCA CARLSON & RAUTH
   A Professional Corporation
3  660 Newport Center Drive, Suite 1600
   Newport Beach, CA  92660-6422
4  Telephone: (949) 725-4000
   Facsimile: (949) 725-4100
5
   Attorneys For Plaintiff
6  BIOGENEX LABORATORIES, INC.

7  RON E. SHULMAN, State Bar No. 178263
   ROGER J. CHIN, State Bar No. 184662
8  WILSON SONSINI GOODRICH & ROSATI
   A Professional Corporation
9  650 Page Mill Road
   Palo Alto, CA  94304-1050
10 Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
11
   Attorneys for Defendant
12 VENTANA MEDICAL SYSTEMS, INC.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

| | |
|---|---|
| BIOGENEX LABORATORIES, INC., | CASE NO.  C03-03916-JF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER THEREON** |
| VENTANA MEDICAL SYSTEMS, INC., | |
| Defendant. | CASE NO.  C05-0860-JF |
| BIOGENEX LABORATORIES, INC., | |
| Plaintiff, | |
| v. | |
| VENTANA MEDICAL SYSTEMS, INC., | |
| Defendant. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION AND [PROPOSED] ORDER                                                        C03 03916 JF
DOCSOC/1183252v1/012398-0003

1  WHEREAS, on August 3, 2006, the Court scheduled a Case Management Conference for
2  August 11, 2006, at 10:30 a.m.;

4  WHEREAS, counsel for plaintiff has a personal scheduling conflict on that date;

6  WHEREAS, after consulting with the clerk it was agreed to continue the Case
7  Management Conference to August 18, 2006;

9  IT IS HEREBY STIPULATED, subject to the approval of this Court, that the Case
10 Management Conference is rescheduled for August 18, 2006 at 10:30 a.m.

Dated: August 4, 2006

STRADLING YOCCA CARLSON RAUTH
A Professional Corporation

By: /s/ Paul L. Gale
Paul L. Gale
Attorneys for Plaintiff
BIOGENEX LABORATORIES, INC.

Dated: August 4, 2006

WILSON SONSINI GOODRICH & ROSATI
A Professional Corporation

By: /s/ Roger J. Chin
Roger J. Chin
Attorneys for Defendant
VENTANA MEDICAL SYSTEMS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/9/06

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION AND [PROPOSED] ORDER

C03 03916 JF

DOCSOC/1183252v1/012398-0003