**E-filed 11/8/06**

1    JAN P. WEIR, State Bar No. 106652
     STEVEN M. HANLE, State Bar No. 168876
2    STRADLING YOCCA CARLSON & RAUTH
     Professional Corporation
3    660 Newport Center Drive, Suite 1600
     Newport Beach, CA  92660-6422
4    Telephone:  (949) 725-4000
     Facsimile:   (949) 725-4100
5

     Attorneys for Plaintiff
6    BIOGENEX LABORATORIES, INC.

7    RON E. SHULMAN, State Bar No. 178263
     ROGER J. CHIN, State Bar No. 184662
8    WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation
9    650 Page Mill Road
     Palo Alto, CA 94304-1050
10    Telephone:  (650) 493-9300
     Facsimile:   (650) 565-5100
11

     Attorneys for Defendant
12    VENTANA MEDICAL SYSTEMS, INC.

13

14              UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA
15

                 SAN JOSE DIVISION
16

17

18    BIOGENEX LABORATORIES, INC.,         CASE NO.:  C03-3916-JF
                                    CASE NO.:  C05-0860-JF
19           Plaintiff,

                                    **STIPULATION AND [~~PROPOSED~~]**
20        v.                           **ORDER TO STAY THE PENDING**
                                    **ACTIONS**
21    VENTANA MEDICAL SYSTEMS, INC.,

22           Defendant.

23

24         WHEREAS, the parties are at an advanced stage in settlement negotiations, have

25    discussed the terms of a potential settlement in considerable detail, and are in the process of

26    drafting settlement documents;

27         WHEREAS, the parties believe that there is a high likelihood that the instant litigation

28    will settle without the need for the Court to expend further judicial resources;

1    WHEREAS, the parties believe it is in their best interests to focus their resources and

2 energies toward attempting to resolve their disputes and, in view of the resources that may be

3 expended in the instant litigation with respect to discovery, Patent Local Rules disclosures, and

4 preparation for a tutorial and *Markman* hearing, believe that a brief stay of the instant cases will

5 facilitate such negotiations;

6    IT IS HEREBY STIPULATED, subject to the approval of the Court:

7    1.    The cases are stayed for 60 days from the date of this order.

8    2.    The dates for further Patent Local Rules disclosures and the tutorial/claim

9 construction hearing are hereby vacated.

10    3.    If the parties have not reached a definitive agreement to settle the cases within the

11 60 day period, the parties shall submit a Joint Proposed Scheduling Order, setting forth proposed

12 dates for Patent Local Rules disclosures and the tutorial/claim construction hearing.  Such

13 proposed dates shall follow the previously adopted intervals, taking into account reasonable

14 scheduling accommodations as may be necessary.

15

16 Dated:  October 24, 2006                    STRADLING YOCCA CARLSON & RAUTH
                                             Professional Corporation
17

18
                                             By: _____
19                                               Jan P. Weir

20                                           Attorneys for Plaintiff
                                             BIOGENEX LABORATORIES, INC.
21

22 Dated:  October 26, 2006                   WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation
23

24
                                             By: _____
25                                               Roger J. Chin

26                                           Attorneys for Defendant
                                             VENTANA MEDICAL SYSTEMS, INC.
27

28

STIP. AND [PROPOSED] ORDER                    -2-
CASE NOS. C03-3916-JF, C05-0860-JF

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5    Dated: __11/8/06____

6    HON. JEREMY FOGEL
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER                    -3-
CASE NOS. C03-3916-JF, C05-0860-JF