**E-filed 1/18/07**

1   JAN P. WEIR, State Bar No. 106652
    STEVEN M. HANLE, State Bar No. 168876
2   STRADLING YOCCA CARLSON & RAUTH
    Professional Corporation
3   660 Newport Center Drive, Suite 1600
    Newport Beach, CA 92660-6422
4   Telephone: (949) 725-4000
    Facsimile: (949) 725-4100
5
    Attorneys for Plaintiff
6   BIOGENEX LABORATORIES, INC.

7   RON E. SHULMAN, State Bar No. 178263
    ROGER J. CHIN, State Bar No. 184662
8   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
9   650 Page Mill Road
    Palo Alto, CA 94304-1050
10  Telephone: (650) 493-9300
    Facsimile: (650) 565-5100
11
    Attorneys for Defendant
12  VENTANA MEDICAL SYSTEMS, INC.

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN JOSE DIVISION
16

17
    BIOGENEX LABORATORIES, INC.,              CASE NO.: C03-3916-JF
18                                            CASE NO.: C05-0860-JF
                  Plaintiff,
19                                            STIPULATION AND [PROPOSED]
          v.                                  ORDER FOR A BRIEF EXTENSION
20                                            OF THE STAY IN THE PENDING
    VENTANA MEDICAL SYSTEMS, INC.,            ACTIONS
21
                  Defendant.
22

23

24        WHEREAS, the parties have engaged in extensive settlement discussions, and the terms

25  of the potential settlement have been significantly impacted by recent events in an appeal before

26  the Court of Appeals for the Federal Circuit, captioned *Ventana Medical Systems, Inc. v.*

27  *BioGenex Laboratories, Inc.*, Case No. 06-1074 (the "Federal Circuit Appeal"), in which the

28  Court issued an opinion on December 29, 2006 but has not yet issued its mandate;

STIP. AND [PROPOSED] ORDER                    -1-
CASE NOS. C03-3916-JF, C05-0860-JF

1    WHEREAS, the parties believe that there is a high likelihood that the instant litigation

2  will settle without the need for the Court to expend further judicial resources;

3    WHEREAS, the parties believe that a short period of time is required for the parties to

4  study the opinion in the Federal Circuit Appeal, to consider their options prior to issuance of the

5  mandate in the Federal Circuit Appeal, and to accordingly frame the terms of the potential

6  settlement;

7    IT IS HEREBY STIPULATED, subject to the approval of the Court:

8    1.    The stay of the cases is extended until the later of 60 days after the date of this

9  order or issuance of the mandate in the Federal Circuit Appeal;

10    2.    If the cases are not settled within 10 days after expiration of the stay, the parties

11  shall submit a Joint Proposed Scheduling Order, setting forth proposed dates for Patent Local

12  Rules disclosures and the tutorial/claim construction hearing.  Such proposed dates shall follow

13  the previously adopted intervals, taking into account reasonable scheduling accommodations as

14  may be necessary.

15

16  Dated:  January 3, 2007                          STRADLING YOCCA CARLSON & RAUTH
                                                     Professional Corporation
17

18                                                   By: _____
19                                                       Jan P. Weir

20                                                   Attorneys for Plaintiff
                                                     BIOGENEX LABORATORIES, INC.
21

22  Dated:  January 3, 2007                          WILSON SONSINI GOODRICH & ROSATI
                                                     Professional Corporation
23

24
                                                     By: _____
25                                                       Roger J. Chin

26                                                   Attorneys for Defendant
                                                     VENTANA MEDICAL SYSTEMS, INC.
27

28

STIP. AND [PROPOSED] ORDER                          -2-
CASE NOS. C03-3916-JF, C05-0860-JF

1

**ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.

3          Status Conference Re Stay is set for 4/5/07 at 10:30 AM

4

5     Dated: ___1/18/07___

6                                                    HON. JEREMY FOGEL
                                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER                          -3-
CASE NOS. C03-3916-JF, C05-0860-JF