1  JAN P. WEIR, State Bar No. 106652                    **E-filed 5/11/07**
   STEVEN M. HANLE, State Bar No. 168876
2  STRADLING YOCCA CARLSON & RAUTH
   Professional Corporation
3  660 Newport Center Drive, Suite 1600
   Newport Beach, CA 92660-6422
4  Telephone: (949) 725-4000
   Facsimile: (949) 725-4100
5
   Attorneys for Plaintiff
6  BIOGENEX LABORATORIES, INC.

7  RON E. SHULMAN, State Bar No. 178263
   ROGER J. CHIN, State Bar No. 184662
8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  650 Page Mill Road
   Palo Alto, CA 94304-1050
10 Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
11
   Attorneys for Defendant
12 VENTANA MEDICAL SYSTEMS, INC.

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                          SAN JOSE DIVISION
16

17 BIOGENEX LABORATORIES, INC.,          CASE NO.: C03-3916-JF
                                         CASE NO.: C05-0860-JF
18              Plaintiff,
                                         **STIPULATION OF DISMISSAL**
19       v.

20 VENTANA MEDICAL SYSTEMS, INC.,

21              Defendant.

22

23       The parties hereby stipulate, by and through their respective counsel, that this action is

24 dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to

25 bear its own costs and attorneys' fees.

26       Defendant withdraws its submission regarding Ventana's Costs and Attorneys' Fees

27 Incurred in Filing and Litigating Its Motion for Summary Judgment (Docket No. 79 in Case No.

28 C05-0860-JF).

Dated: May 10, 2007

STRADLING YOCCA CARLSON & RAUTH
Professional Corporation

By: _____
Jan P. Weir

Attorneys for Plaintiff
BIOGENEX LABORATORIES, INC.

Dated: May 10, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Roger J. Chin

Attorneys for Defendant
VENTANA MEDICAL SYSTEMS, INC.

5/11/07 IT IS SO ORDERED.

JUDGE JEREMY FOGEL, US DISTRICT COURT